Ila R. Dicks
13579 E. Cortez Drive
Scottsdale AZ 85259
Email: ird1966@msn.com
Phone: 1-602-540-6304

Plaintiff, pro se

FILED ___ LODGED
RECEIVED ___ COPY
MAR 1 9 2007
CLERK U S DISTRICT COURT
DISTRICT OF ARIZONA
BY _____ E. DEPUTY

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Ila Dicks,<br><br>　　　　Plaintiff<br><br>vs.<br><br>US Airways Group, Inc.,<br>a Delaware corporation<br><br>　　　　Defendant | No. CV '07 0572 PHX EHC<br><br>COMPLAINT FOR NEGLIGENCE<br>(Jury Demanded) |

1. Plaintiff is a resident and domiciliary of the state of Arizona and resides at 13579 East Cortez Drive, Scottsdale, Arizona 85259.

2. Defendant, US Airways Group, Incorporated, also known as USAIR GROUP, also known as US Airways, is a corporation organized and existing under the laws of the State of Delaware and having its principal place of business at 2345 Crystal Drive; Arlington, Virginia 22227. The matter in controversy exceeds, exclusive of costs and interest, the jurisdictional amount set forth in 28 USC 1332.

3. Jurisdiction of this court is based on diversity of citizenship and jurisdictional amount under 28 USC 1332.

1   4. On 20 March 2005 at the San Jose, California, airport, defendant negligently
2   injured plaintiff while plaintiff was attempting to board US Airways Flight "9 SJC-PHX"
3   bound for Phoenix, Arizona.
4   5. As a result of defendant's negligence, plaintiff was thrown down onto the
5   exposed, rain-covered, slippery mobile staircase that plaintiff was forced to use to board
6   the plane. This mobile staircase had a metal platform. Defendant negligently failed to
7   provide any rubber matting on the platform as there should have been. Defendant failed
8   to keep the mobile staircase from becoming slippery as by providing a roof or by other
9   means. But for the negligence of the Defendant, Plaintiff would not have slipped and fell
10  while boarding the aircraft. The negligent absence of the rubber matting caused Plaintiff
11  to slip and fall hitting the right side of plaintiff's head on the railing of the mobile
12  staircase. Plaintiff's right shoulder and right knee hit the metal platform which caused
13  Plaintiff immediate pain. Plaintiff got a severe migraine headache and nausea.
14  Defendant's employees negligently remained standing dry inside the aircraft at the
15  doorway watching Plaintiff fall. Defendant's employees took no action to prevent
16  Plaintiff's injuries, nor did they assist Plaintiff in boarding the plane. As a result of
17  Defendant's negligence, Plaintiff has suffered great pain of body and mind and has
18  incurred expenses for medical attention and hospitalization and has had preexisting
19  conditions aggravated and has received permanent injuries.
20  6. Plaintiff demands a trial by jury pursuant to the United States Constitution and
21  Rule 38 of the Federal Rules of Civil Procedure.

1    7. Wherefore Plaintiff demands judgment against Defendant in the sum of ONE-

2    HUNDRED-THOUSAND-DOLLARS ($100,000.00) with interest and costs.

3    DATED this ___19th___ day of March 2007.

*[signature: Ila R. Dicks]*

Ila R. Dicks
Plaintiff, pro se